**Order entered November 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00612-CV

**WEIR BROTHERS CONTRACTING, LLC, Appellant**

**V.**

**TRI-STAR CONSTRUCTION, INC., ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02648**

### ORDER

Before the Court are appellant's November 18, 2022 motion to dismiss the appeal and November 22, 2022 motion to withdraw the dismissal motion and for an extension of time to file its brief. We **GRANT** the November 22 motion as follows. We withdraw the November 18 dismissal motion. We extend the deadline for appellant's opening brief to **January 3, 2023**.[1]

/s/    BONNIE GOLDSTEIN
JUSTICE

---

[1] Appellant requested an extension to January 2, 2023. The Court will be closed on January 2 in observance of New Year's Day.